UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANI AGHJAYAN<br><br>                    Plaintiff,<br>          v.<br><br>RITANI, LLC<br><br>                    Defendant. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)<br><br>No. 07 CV 4135 |

    Plaintiff notifies the Court that, with no answers or motions for summary judgment having been filed, plaintiff hereby voluntarily dismisses this action without prejudice pursuant to F.R.C.P. 41(a)(1).

Dated:    New York, New York
          June 12, 2007

                                      TRAIGER & HINCKLEY LLP

                                      */s/ George Hinckley Jr.*

                                      By: George R. Hinckley Jr.  (GH-7511)

                                      880 Third Avenue 9th Floor
                                      New York, NY 10022-4730
                                      Tel. (212) 759-4933
                                      Fax  (212) 656-1531
                                      Attorneys for Plaintiffs