# TRAIGER & HINCKLEY LLP

ATTORNEYS AT LAW
880 THIRD AVENUE
NEW YORK, NY 10022-4730

TELEPHONE 212-759-4933
FACSIMILE   212-656-1531

GEORGE R. HINCKLEY, JR.
GRH@HINCKLEY.ORG

June 12, 2007

BY MAIL

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007



Re: Aghjayan v. Ritani, LLC, 07 CV 04135 (RMB)

Dear Judge Berman:

We represent the plaintiff in the above referenced action.

Enclosed is a courtesy copy of a *Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)* filed by plaintiff today.

Respectfully submitted,

George R. Hinckley, Jr.

cc (via fax): Peter Berger, Esq.



COURTESY COPY
Case 1:07-cv-04135-RMB    Document 3    Filed 06/18/2007    Page 2 of 2
Case 1:07-cv-04135-RMB    Document 2    Filed 06/12/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANI AGHJAYAN<br><br>                     Plaintiff,<br>v.<br><br>RITANI, LLC<br><br>                     Defendant. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)<br><br>No. 07 CV 4135 |

Plaintiff notifies the Court that, with no answers or motions for summary judgment having been filed, plaintiff hereby voluntarily dismisses this action without prejudice pursuant to F.R.C.P. 41(a)(1).

Dated:     New York, New York
              June 12, 2007

TRAIGER & HINCKLEY LLP

*George Hinckley Jr.*

By: George R. Hinckley Jr. (GH-7511)

880 Third Avenue 9th Floor
New York, NY 10022-4730
Tel. (212) 759-4933
Fax (212) 656-1531
Attorneys for Plaintiffs

SO ORDERED:
RICHARD M. BERMAN U.S.D.J.
6/18/07